IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

        Plaintiff,                           No. CIV-S 07-0078 GEB CMK P

    vs.

MONROE AND LEINBERGER
SHERIFF'S DENTENTION
CENTER'S DIRECTOR, et al.,

        Defendants.                   ORDER

_____/

        Plaintiff is a state prisoner proceeding in forma pauperis and pro se. On February 14, 2007, he filed "Exhibit A" with the court. Exhibit A is apparently meant to augment plaintiff's complaint. Plaintiff is notified that the court is not a repository for exhibits, nor can the court be expected to keep track of documents filed piecemeal. Plaintiff must file any exhibits he intends to augment his complaint with his complaint. Plaintiff will have such a chance if he chooses to file an amended complaint pursuant to the court's recent order.

///

///

///

///

1

1   IT IS ORDERED that "Exhibit A" filed on February 14, 2007 is stricken from the
2   record.

4   DATED: February 22, 2007.

    _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE