IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,

    v.                      CIV. NO.S-07-22 LKK/GGH P

OFFICER SPENCE, et al.,

    Defendant.
_____/

ANTHONY R. TURNER,

    Plaintiff,

    v.                      CIV. NO.S-07-78 GEB/CMK P

MONROE AND LEINBERGER
SHERIFF'S DETENTION CENTER'S
DIRECTOR, et al.,

    Defendant.
_____/

ANTHONY R. TURNER,

    Plaintiff,

    v.                      CIV. S-07-1362 LEW/DAD P

ARNOLD SCHWARZENEGGER, et al.,
                                      <u>RELATED CASE ORDER</u>
    Defendant.
_____/

1

1 Examination of the above-entitled actions reveals that
2 the three (3) actions are related within the meaning of Local Rule
3 83-123 for the reason that they involve substantially the same
4 questions of fact and law.

5 Accordingly, the assignment of the matters to the same judge
6 and magistrate judge is likely to effect a substantial savings of
7 judicial effort and is also likely to be convenient for the
8 parties.

9 The parties should be aware that relating the cases under
10 Local Rule 83-123 merely has the result that the three (3) actions
11 are assigned to the same judge and magistrate judge; no
12 consolidation of the actions is effected.  Under the regular
13 practice of this court, related cases are generally assigned to the
14 judge and magistrate judge to whom the first filed action was
15 assigned.

16 IT IS THEREFORE ORDERED that the actions denominated CIV. NO.
17 S-07-78 GEB/CMK and CIV. NO. S-07-1362 LEW/DAD be, and the same
18 hereby are, reassigned to Judge Lawrence K. Karlton and Magistrate
19 Judge Gregory G. Hollows for all further proceedings, and any dates
20 currently set in the reassigned cases only, are hereby VACATED.
21 Henceforth, the caption on documents filed in the reassigned cases
22 shall be shown as CIV. NO. S-07-78 LKK/GGH and CIV. NO. S-07-1362
23 LKK/GGH, respectively.

24 IT IS FURTHER ORDERED that the Clerk of the Court make
25 ////
26 ////

1 appropriate adjustment in the assignment of civil cases to
2 compensate for this reassignment.
3       DATED: October 3, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3