1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY R. TURNER,

12              Plaintiff,

13        vs.                                          No. CIV S 07-0078 LKK GGH P

14   MONROE AND LEINBERGER
     SHERIFF'S DETENTION CENTER'S
15   DIRECTOR, et al.,
                                                       ORDER
16
                Defendants.
17
     _____/
18
     _____Plaintiff, a Yolo County inmate, evidently a pretrial detainee, seeks relief pursuant
19
     to 42 U.S.C. §1983.  By Order, filed on October 3, 2007, Judge Karlton related two cases,
20
     formerly No. CIV S 07-0078 GEB CMK P and No. CIV S 07-1362 LEW DAD P, now
21
     denominated No. CIV S 07-0078 LKK GGH P and No. CIV S 07-1362 LKK GGH P, to No. CIV
22
     S 07-0022 LKK GGH P, now No. CIV S 07-0022 GGH P.  The instant action, No. CIV S 07-
23
     0078 LKK GGH P, prior to having been related as set forth above, had an unscreened second
24
     amended complaint pending.
25
                   Following the previously identified related case order, plaintiff filed a third
26

                                                   1

amended complaint, on October 11, 2007, and on November 6, 2007, a fourth amended complaint.  The court deems the fourth amended complaint the superseding complaint, see Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

Plaintiff's fourth amended complaint appears to state some cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  By separately filed Findings and Recommendations, the court will recommend dismissal of some claims and defendants.

Accordingly, IT IS HEREBY ORDERED that:

1.  Service of the fourth amended complaint (#25) is appropriate for the following defendants:  Sheriff Ed Prieto; Deputy Castillo; Deputy D. Deneau; Deputy Oliver; Deputy S. Ward; Sergeant S. Castenada; Sgt. D. Hunter.

2.  The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, one summons, an instruction sheet, and a copy of the fourth amended complaint filed on November 6, 2007 (#25) .

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

> a.  The completed, signed Notice of Submission of Documents;
>
> b.  One completed summons;
>
> c.  One completed USM-285 form for each defendant listed in number 1 above; and
>
> d.  Eight (8) copies of the endorsed fourth amended complaint filed on November 6, 2007 (#25).

4.  Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant.  Upon receipt of the

\\\\\
\\\\\

1   above-described documents, the court will direct the United States Marshal to serve the above-

2   named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

3   DATED: 04/10/08

4                                               /s/ Gregory G. Hollows

5                                               UNITED STATES MAGISTRATE JUDGE

6

7

8   GGH:009
    turn0078.1am

9

10

11  GGH:009
    turn0078.1am

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R. TURNER,

11              Plaintiff,

12   vs.                                    No. CIV S 07-0078 LKK GGH P

13   MONROE AND LEINBERGER
     SHERIFF'S DETENTION CENTER'S
14   DIRECTOR, et al.,                      NOTICE OF SUBMISSION

15              Defendants.                 OF DOCUMENTS

16   _____/

17              Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19              __1__   one completed summons form;

20              __7__   completed USM-285 forms; and

21              __8__   true and exact copies of the fourth amended complaint filed November 6,

22                      2007 (# 25).

23   DATED: _____.           _____

24

25

26