IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

       Plaintiff,                          No. CIV S-07-0078 LKK GGH P

    vs.

MONROE AND LEINBERGER
SHERIFF'S DETENTION CENTER'S
DIRECTOR, et al.,

       Defendants.                  ORDER TO SHOW CAUSE

_____/

        On August 7, 2009, defendant filed a motion to compel discovery pursuant to Federal Rules of Civil Procedure and Local Rule 37-251(e). Among the sanctions requested by defendants in their motion is the sanction of dismissal. Plaintiff has not opposed the motion.

        Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days of the filed date of this order, plaintiff shall show cause why the motion should not be granted.

DATED: October 16, 2009

                                                            /s/ Gregory G. Hollows

                                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/035
turn0078.osc